## COMPTROLLER OF THE TREASURY OF THE STATE OF MARYLAND v. BOND DISTRIBUTING COMPANY AND LATROBE BREWING COMPANY

[No. 184, September Term, 1961.]

*Decided November 17, 1961.*

The case was argued on the motion to dismiss before

BRUNE, C. J., and HENDERSON, PRESCOTT, HORNEY and MARBURY, JJ.

*William J. McCarthy, Assistant Attorney General, Baltimore, Maryland,* for appellant on the motion.

*Paul R. Kach* for appellees on the motion.

PER CURIAM ORDER.

The Comptroller seeks to appeal from an order of the Baltimore City Court reversing a holding of the Maryland Tax Court that it lacked jurisdiction to hear the claims of the appellees for the refund of certain taxes on beer. The trial court accordingly remanded the case to the Tax Court for a hearing on the merits. No such hearing has been held.

This Court being of the opinion that the order sought to be appealed from is not a final order, it is, this 17th day of November, 1961, *ORDERED* by the Court of Appeals of Maryland that the Appellees' Motion to Dismiss the Appeals is granted and the Appeals are dismissed.